354

Opinion by Mr. PRESIDING JUSTICE T. MORAN.

Ralph Ruebner and Richard J. Wilson, both of the State Appellate Defender's Office, of Elgin, for appellant.

Jack Hoogasian, State's Attorney, of Waukegan (James W. Jerz and Edward Morris, both of Model District State's Attorneys Office, of counsel), for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* MEL EDDIE EDWARDS, Defendant-Appellant.

(No. 12204;

Fourth District—July 31, 1974.

Opinion by Mr. JUSTICE CLARK.

John F. McNichols, J. Daniel Stewart, and Daniel D. Yuhas, all of the State Appellate Defender's Office, of Springfield, for appellant.

Paul R. Welch, State's Attorney, of Bloomington (John W. Folts, of Circuit Attorney Project, of counsel), for the People.